<u>NOT FOR PUBLICATION</u>

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ODELL STANLEY WILLIAMS,<br><br>                    Plaintiff,<br><br>      v.<br><br><br>PASSAIC COUNTY JAIL,<br><br>                    Defendants. | Civil Action No. 04-6090 (KSH)<br><br><br><br><u>**ORDER**</u> |

**<u>KATHARINE S. HAYDEN, U.S.D.J.</u>**

      This matter having come before the Court on its review of the docket; and both the Court and defense counsel having been unsuccessful contacting the plaintiff; and the plaintiff having failed to provide the Court or defense counsel with any contact information or a recent address; and the Court finding that the plaintiff has not provided a means for the Court to communicate with him, and he has not communicated with the defendants so that they can investigate his claims, and the Court finding that the plaintiff has taken no steps to pursue this case since he submitted his Complaint; and the Court finding that these actions reflect an abandonment of his lawsuit; and Magistrate Judge Patty Shwartz having considered the docket and the Court having reviewed de novo the Report and Recommendation of Magistrate Judge Shwartz (#20); and the

1

Court having noted that there have been no objections filed with regard to the Report and Recommendation,

It is on this 11th day of July, 2006,

**ORDERED**, that the Report and Recommendation of Magistrate Judge Shwartz is adopted as the opinion of the Court; and it is further

**ORDERED**, that this case is **dismissed with prejudice** for failure to prosecute.

                                              /s/ Katharine S. Hayden
                                              Katharine S. Hayden, U.S.D.J.

cc: File
    Magistrate Judge Patty Shwartz